UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RONALD SATISH EMRIT,

    Plaintiff,

v.                                                     Case No: 5:19-cv-525-Oc-30PRL

NATIONAL FOOTBALL LEAGUE,
WASHINGTON REDSKINS and
DANIEL SNYDER,

    Defendants.

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 6). Plaintiff did not file written objections to the Report and Recommendation and the time for doing so has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 6) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2) is DENIED.

3. This action is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of November, 2019.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record